# CASE ANNOUNCEMENTS

*December 10, 2010*

[Cite as *12/10/2010 Case Announcements*, 2010-Ohio-6038.]

# MOTION AND PROCEDURAL RULINGS

**2010–0847.   Ridgewood Road Properties, L.L.C. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–A–1406. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand the appeal in order to implement a settlement,

It is ordered by the court that the motion is granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2010–1028.   Stark & Knoll Properties, L.L.C. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–V–1405. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand the appeal in order to implement a settlement,

It is ordered by the court that the motion is granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

# DISCIPLINARY CASES

**2010–0316.   Disciplinary Counsel v. Shaw.**
It is ordered by this court, sua sponte, that Kenneth Norman Shaw, Attorney Registration No. 0005525, last known business address in Warren, Ohio, is found in contempt for failure to comply with this court's order of September 23, 2010, to wit: failure to file an affidavit of compliance on or before October 25, 2010.